AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SIRAGUSA, CHARLES J. | U.S. DISTRICT COURT, WDNY | 10/01/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.DISTRICT JUDGE (SENIOR) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

1360 UNITED STATES COURTHOUSE
100 STATE STREET
ROCHESTER, NEW YORK 14614

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ADVISORY BOARD MEMBER | COBBLESTONE ARTS CENTER |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. PENSION | NEW YORK STATE RETIREMENT SYSTEM (STARTED TO RECIEVE BENEFITS AS OF NOVEMBER 1, 2005) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | ATTORNEY (PRIVATE PRACTICE) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M & T BANK | A | Interest | M | T | | | | | |
| 2. ACCOUNT # 1: | | | | | | | | | |
| 3. COVIDIEN PLC | A | Dividend | J | T | | | | | |
| 4. ACTAVIS PLC (X) | | None | J | T | Sold (part) | 07/01/14 | J | A | |
| 5. ASML HLDG NV NEW YORK REG | A | Dividend | J | T | | | | | |
| 6. AKAMAI TECHNOLOGIES | | None | J | T | | | | | |
| 7. AMAZON COM INC | | None | J | T | Buy (add'l) | 04/28/14 | J | | |
| 8. AMGEN INC. | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 9. ANADARKO PETROLEUM CORP. | A | Dividend | J | T | Sold (part) | 12/17/14 | J | A | |
| 10. ANHEUSER-BUSCH INBEV SPONS | A | Dividend | J | T | | | | | |
| 11. APPLE INC | A | Dividend | J | T | Buy (add'l) | 07/01/14 | J | | |
| 12. APPLE INC | A | Dividend | | | Sold (part) | 09/16/14 | J | A | |
| 13. ARYZTA AG ZUERICH | A | Dividend | J | T | | | | | |
| 14. ASTRAZENECA PLC ADS | A | Dividend | J | T | Buy | 04/23/14 | J | | |
| 15. AUTODESK | | None | J | T | | | | | |
| 16. AXA UAP SPONS ADR | A | Dividend | J | T | | | | | |
| 17. BANCO BILBAO VIZ ARG SA ADS (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BASF AG SPONS ADR | A | Dividend | J | T | Sold (part) | 12/17/14 | J | A | |
| 19. BARCLAYS SE (Y) | | | | | | | | | |
| 20. BED BATH & BEYOND | | None | | | Sold | 03/21/14 | J | A | |
| 21. BLACKROCK INC. | A | Dividend | J | T | | | | | |
| 22. BIOGEN IDEC INC. | | None | J | T | Buy (add'l) | 10/15/14 | J | | |
| 23. BIOGEN IDEC INC. | | None | | | Sold (part) | 02/03/14 | J | A | |
| 24. BRISTOL MYERS SQUIBB CO (X) | A | Dividend | J | T | Buy (add'l) | 07/02/14 | J | | |
| 25. BROADCOMM CORP | | None | J | T | Sold (part) | 06/23/14 | J | A | |
| 26. CABLEVISION SYSTEMS CORP.CL A | A | Dividend | J | T | | | | | |
| 27. CAMERON INTERNATIONAL CORP | | None | | | Sold | 12/17/14 | J | A | |
| 28. CANON INC. ADR | | | | | | | | | SEE PART VIII #5 |
| 29. CATERPILLAR INC | A | Dividend | | | Sold | 08/06/14 | J | A | |
| 30. CELGENE CORP | | None | J | T | Buy (add'l) | 04/16/14 | J | | |
| 31. CELGENE CORP | | None | | | Sold (part) | 10/09/14 | J | A | |
| 32. CHARLES SCHWAB CORP | A | Dividend | J | T | Sold (part) | 07/09/14 | J | A | |
| 33. CHECK POINT SOFTWARE TECH LTD (X) | | None | J | T | Buy (add'l) | 12/19/14 | J | | |
| 34. CHECK POINT SOFTWARE TECH LTD (X) | | None | | | Sold (part) | 10/01/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CITRIX SYSTEMS INC | | None | J | T | Sold (part) | 12/17/14 | J | A | |
| 36. CME GROUP INC. CLASS A | A | Dividend | J | T | | | | | |
| 37. COCA COLA CO. | A | Dividend | J | T | | | | | |
| 38. COMCAST CORP CL A-SPL | A | Dividend | J | T | Sold (part) | 07/09/14 | J | A | |
| 39. CREE INC. | | None | J | T | Sold (part) | 12/17/14 | J | A | |
| 40. CRH PLC AD-USD K | | | | | | | | | SEE PART VIII #6 |
| 41. CVS CAREMARK CORP | A | Dividend | J | T | Sold (part) | 05/19/14 | J | A | |
| 42. DIAGEO PLC -SPONSORED ADR NEW | A | Dividend | J | T | | | | | |
| 43. DIRECTV CL A | | None | J | T | | | | | |
| 44. DOLBY LABORATORIES INC CLASS A | A | Dividend | J | T | | | | | |
| 45. EMC CORP-MASS | A | Dividend | J | T | | | | | |
| 46. ENSCO PLC CLASS A | | | | | | | | | SEE PART VIII #7 |
| 47. EATON CORP | | None | J | T | Buy (add'l) | 10/01/14 | J | | |
| 48. EBAY INC. | | None | J | T | | | | | |
| 49. EXPRESS SCRIPTS HLDG CO COM (X) | | None | | | Sold | 01/27/14 | J | A | |
| 50. FACEBOOK INC CL-A | | None | J | T | Sold (part) | 01/28/14 | J | A | |
| 51. FLUOR CORP NEW | A | Dividend | J | T | Buy (add'l) | 10/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FMC TECHNOLOGIES INC. | | None | | | Buy | 10/22/14 | J | | |
| 53. FMC TECHNOLOGIES INC. | | None | | | Sold | 12/17/14 | J | A | |
| 54. FOREST LABORATORIES | | None | | | Sold | 07/01/14 | J | B | |
| 55. GENERAL ELECTRIC | A | Dividend | J | T | Buy (add'l) | 10/09/14 | J | | |
| 56. GOOGLE INC CL A | | None | J | T | | | | | |
| 57. GOOGLE INC CL C | | None | J | T | | | | | |
| 58. GRUPO TELEVISA SA DE CV GLOBAL | | | | | | | | | SEE PART VIII #8 |
| 59. HITACHI 10 COM NEW ADR | A | Dividend | J | T | | | | | |
| 60. HOME DEPOT | A | Dividend | J | T | Sold (part) | 08/08/14 | J | A | |
| 61. HONDA MOTOR CO. (Y) | | | | | | | | | |
| 62. HONG KONG & CHINA GAS LTD. SPONSORED ADR | | None | | | Sold | 02/20/14 | J | A | |
| 63. HOYA CORP SPONS ADR | A | Dividend | J | T | | | | | |
| 64. HUTCHINSON WHAMPOA LTD-ADR K (Y) | | | | | | | | | |
| 65. ICON PLC SP ADR | | None | J | T | | | | | |
| 66. ING GROEP NV SPONS ADRK | | None | J | T | | | | | |
| 67. ISIS PHARMACEUTICALS | | None | J | T | | | | | |
| 68. JOHNSON & JOHNSON | A | Dividend | J | T | Sold (part) | 10/09/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JUNIPER NETWORKS INC. | A | Dividend | | | Sold | 10/23/14 | J | A | |
| 70. KOMATSU LTD SPON ADR | | | | | | | | | SEE PART VIII #9 |
| 71. L 3 COMMUNICATIONS HLDGS INC. | A | Dividend | J | T | | | | | |
| 72. -LIBERTY MEDIA CORP LIBERTY CAP CLASS A (Y) | | | | | | | | | |
| 73. LIBERTY MEDIA HOLDG CORP INTERACTIVE SER A | | None | J | T | | | | | |
| 74. METTLER TOLEDO INTERNATIONAL INC. COMMON STOCK | | None | J | T | | | | | |
| 75. MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 76. MITSUBISHI TOKYO FINANCIAL GROUP SPONS ADR (Y) | | | | | | | | | |
| 77. MONSANTO CO | A | Dividend | J | T | | | | | |
| 78. NASDAQ OMX GROUP INC. (X) | A | Dividend | J | T | Buy (add'l) | 04/01/14 | J | | |
| 79. NATIONAL OILWELL VARCO (Y) | | | | | | | | | |
| 80. NESTLE SA SPONSORED ADR REPSTG REG SH | A | Dividend | J | T | Buy (add'l) | 10/20/14 | J | | |
| 81. NETAPP INC | | None | | | Sold | 07/01/14 | J | A | |
| 82. NIKE INC CLASS B | A | Dividend | J | T | | | | | |
| 83. NOVARTIS AG ADR K | A | Dividend | J | T | Sold (part) | 06/12/14 | J | A | |
| 84. NOVO NORDISK A S ADR | A | Dividend | J | T | | | | | |
| 85. NOVOZYMES A/S UNSPONS APR | A | Dividend | | | Buy | 02/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. NOVOZYMES A/S UNSPONS APR | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 87. NUCOR CORP | A | Dividend | J | T | | | | | |
| 88. ONO PHARMACEUTICAL CO LTD ADR | A | Dividend | J | T | Sold (part) | 12/17/14 | J | A | |
| 89. ORIX CORP SPONS ADR | A | Dividend | J | T | Sold (part) | 10/23/14 | J | A | |
| 90. PALL CORP. | A | Dividend | J | T | | | | | |
| 91. PEPSICO | A | Dividend | | | Sold | 05/21/14 | J | A | |
| 92. PRECISION CAST PARTS CORP | A | Dividend | J | T | Buy | 09/08/14 | J | | |
| 93. PROCTOR & GAMBLE CO | | | | | | | | | SEE PART VIII #10 |
| 94. QUALCOMM INC | A | Dividend | J | T | | | | | |
| 95. RED HAT INC (X) | | None | J | T | Buy (add'l) | 05/13/14 | J | | |
| 96. RIO TINTO PLC-GBP K | A | Dividend | | | Sold | 09/12/14 | J | A | |
| 97. RIVERBED TECH INC | | None | | | Sold | 03/19/14 | J | A | |
| 98. ROYAL DUTCH SHELL PLC CL. B | | | | | Sold | 11/6/13 | J | A | SEE PART VIII #14 |
| 99. RYANAIR HLDGS PLC ADR | | None | J | T | Buy | 05/28/14 | J | | |
| 100. SAFRAN SA | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 101. SANDISK CORP | A | Dividend | J | T | | | | | |
| 102. SAP SPONS ADR-USD | A | Dividend | J | T | Buy (add'l) | 10/20/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SCHLUMBERGER LTD | A | Dividend | J | T | Buy (add'l) | 12/05/14 | J | | |
| 104. SEAGATE TECHNOLOGY | A | Dividend | J | T | | | | | |
| 105. SHIRE PLC | A | Dividend | J | T | | | | | |
| 106. SIGNET JEWELERS LIMITED | A | Dividend | J | T | Sold (part) | 05/28/14 | J | A | |
| 107. SUMITOMO MITSUI FINL GROUP INC | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 108. SUNCOR ENERGY INC NEW | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 109. TARGET CORPORATION | A | Dividend | J | T | Buy | 06/12/14 | J | | |
| 110. TE CONNECTIVITY LTD-CHF | A | Dividend | J | T | | | | | |
| 111. TELEFONICA S.A. SPONS ADR | | None | | | Sold | 02/25/14 | J | A | |
| 112. TEXAS INSTRUMENTS | A | Dividend | J | T | | | | | |
| 113. THERMO FISHER | A | Dividend | J | T | Sold (part) | 03/27/14 | J | A | |
| 114. TOWERS WATSON & CO CL A | A | Dividend | J | T | Buy | 09/24/14 | J | | |
| 115. TREND MICRO INC SPON AD | A | Dividend | | | Sold | 04/17/14 | J | A | |
| 116. TWENY-FIRST CENTURY FOX CL A | A | Dividend | J | T | Buy | 09/24/14 | J | | |
| 117. TWENY-FIRST CENTURY FOX CL B | A | Dividend | J | T | | | | | |
| 118. TYCO INTERNATIONAL LTD. NEW | A | Dividend | J | T | | | | | |
| 119. UBS AG-CHF | A | Dividend | J | T | Buy (add'l) | 10/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. UNITED OVERSEAS BANK LTD SPONS ADR | A | Dividend | J | T | Buy (add'l) | 10/20/14 | J | | |
| 121. UNITED OVERSEAS BANK LTD SPONS ADR | A | Dividend | | | Sold (part) | 10/23/14 | J | A | |
| 122. UNITED PARCEL SERVICE CL B | A | Dividend | J | T | | | | | |
| 123. UNITEDHEALTH GROUP INC. | A | Dividend | J | T | Sold (part) | 10/09/14 | J | A | |
| 124. VERTEX | | None | J | T | | | | | |
| 125. VISA INC | A | Dividend | J | T | | | | | |
| 126. VODAFONE GROUP PLC SP ADR | A | Dividend | J | T | Buy (add'l) | 10/20/14 | J | | |
| 127. VODAFONE GROUP PLC SP ADR | A | Dividend | | | Sold (part) | 12/17/14 | J | A | |
| 128. WALT DISNEY CO | A | Dividend | J | T | Sold (part) | 07/09/14 | J | A | |
| 129. WEATHERFORD INTL LTD | | None | | | Sold | 12/17/14 | J | A | |
| 130. WOLSELEY PLC JERSEY SPNSRD ADR | A | Dividend | J | T | Buy (add'l) | 10/20/14 | J | | |
| 131. W W GRAINGER INC | A | Dividend | | | Buy | 06/11/14 | J | | |
| 132. W W GRAINGER INC | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 133. XILINX INC (X) | A | Dividend | J | T | Buy (add'l) | 07/23/14 | J | | |
| 134. YAHOO! JAPAN CP UNSPON ADR | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 135. YUM BRANDS INC | A | Dividend | J | T | Buy (add'l) | 02/27/14 | J | | |
| 136. ZOETIS INC CLASS-A (X) | A | Dividend | J | T | Buy (add'l) | 02/25/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ISHARES CORE US GROWTH ETF | A | Dividend | J | T | Buy | 12/17/14 | J | | |
| 138. ISHARES RUSSELL 1000 GRW ETF | A | Dividend | J | T | Buy | 12/17/14 | J | | |
| 139. VANGUARD FTSE DEVELOPED MKTS E | A | Dividend | J | T | Buy | 12/17/14 | J | | |
| 140. ACCOUNT # 2: | | | | | | | | | |
| 141. BLACKROCK GLOBAL SCIENCE & TECH OPPORT PORTFOLIO CL INSTL | | None | J | T | | | | | |
| 142. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | | None | J | T | | | | | |
| 143. ACCOUNT # 3: | | | | | | | | | |
| 144. CITIBANK N. A. | A | Interest | J | T | | | | | |
| 145. IRA #1: | | | | | | | | | |
| 146. TACTICAL DIVERSIFIED FUTURES | | None | K | T | | | | | |
| 147. IRA #2: | | | | | | | | | |
| 148. GOLDMAN SACHS SMALL VALUE FUND CLASS B | A | Dividend | J | T | | | | | |
| 149. IRA #3: | | | | | | | | | |
| 150. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | | None | J | T | | | | | |
| 151. IRA #4: | | | | | | | | | |
| 152. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | | None | J | T | | | | | |
| 153. COLLEGE SAVINGS PROGRAM #1: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. DEVELOPED MARKETS INDEX PORTFOLIO | | None | M | T | Buy | 12/09/14 | J | | |
| 155. AGGRESIVE AGE BASED OPTION:MODERATE GROWTH | | None | M | T | Buy | 12/09/14 | J | | |
| 156. COLLEGE SAVINGS PROGRAM #2 | | | | | | | | | |
| 157. DEVELOPED MARKETS INDEX PORFOLIO | | None | L | T | Buy | 12/09/14 | K | | |
| 158. DEFERRED COMPENSATION | | None | K | T | | | | | |
| 159. OPPENHEIMER MAIN ST. OPP.A | | | | | | | | | SEE PART VIII #1 |
| 160. FIDELITY LARGE CAP STOCK FUND | | | | | | | | | SEE PART VIII #1 |
| 161. VT FIDELITY CONTRAFUND | | | | | | | | | |
| 162. DODGE AND COX INTL STOCK | | | | | | | | | |
| 163. IRA #5 | | | | | | | | | |
| 164. CITIBANK N. A. | A | Interest | J | T | | | | | |
| 165. GOLDMAN SACHS SMALL VALUE FUND CLASS B COMMON STOCK | A | Dividend | J | T | | | | | |
| 166. PIMCO REAL RETURN COMMODITY STRATEGY FUND CL C | A | Dividend | | | Sold | 08/05/14 | J | A | |
| 167. GAMCO GLOBAL GOLD NATURAL RESO | A | Dividend | J | T | | | | | |
| 168. ISHARES SILVER TRUST EQUITY | | None | J | T | Buy (add'l) | 09/16/14 | J | | |
| 169. BLACKROCK GLOBAL ALLOCATION | A | Dividend | K | T | | | | | |
| 170. COHEN & STEERS INTLREALTY FUND A | A | Dividend | J | T | | | | | SEE PART VIII #2 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. COHEN & STEERS INTL REALTY FD C | A | Dividend | J | T | Buy (add'l) | 09/16/14 | J | | |
| 172. MARKET VECTORS GOLD MINERS | A | Dividend | J | T | | | | | |
| 173. SPDR GOLD TR GOLD | | None | J | T | Buy (add'l) | 09/16/14 | J | | |
| 174. -ABINGDON FUTURES FUND LP CLASS A | | None | | | Redeemed | 09/15/14 | K | A | |
| 175. -TACTICAL DIFERSIFIED FUTURES FUND LP | | None | | | Redeemed | 09/15/14 | K | | |
| 176. ACCOUNT # 4 | | | | | | | | | |
| 177. CITIBANK N.A. | A | Interest | J | T | | | | | |
| 178. AB ELECTROLUX SPON ADR | A | Dividend | | | Sold | 05/14/14 | J | A | |
| 179. ACTAVIS PLC (X) | | None | J | T | Sold (part) | 07/01/14 | J | A | |
| 180. ADECCO SA UNSPON ADR | A | Dividend | J | T | Sold (part) | 09/12/14 | J | A | |
| 181. ALLIED WORLD ASSURANCE CO HLDGS | A | Dividend | J | T | | | | | |
| 182. AMC NETWORKS INC | | | | | | | | | SEE PART VIII #12 |
| 183. AKAMAI TECHNOLOGIES | | None | J | T | | | | | |
| 184. AKZO NOBEL | A | Dividend | J | T | | | | | |
| 185. ALLISON TRANSMN HLDGS INC | A | Dividend | J | T | Buy | 04/22/14 | J | | |
| 186. AMADEUS IT HLDG SA UNSPON ADR | A | Dividend | J | T | | | | | |
| 187. AMAZON | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. AMC NETWORKS INC CL A | | None | J | T | | | | | |
| 189. AMGEN INC | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 190. ANADARKO PETROLEUM CORP | A | Dividend | J | T | | | | | |
| 191. ANHEUSER-BUSCH | A | Dividend | J | T | | | | | |
| 192. APPLE INC | A | Dividend | J | T | Sold (part) | 09/16/14 | J | A | |
| 193. APPLIED MATERIALS INC DELWARE | A | Dividend | J | T | | | | | |
| 194. ARYZTA AG ADR | A | Dividend | J | T | Sold (part) | 09/11/14 | J | A | |
| 195. AT&T INC. | A | Dividend | J | T | | | | | |
| 196. AUTODESK INC. | | None | J | T | | | | | |
| 197. AVIVA PLC ADR | A | Dividend | J | T | | | | | |
| 198. AXA S.A. SPONS ADR | A | Dividend | J | T | | | | | |
| 199. AXIS CAPITAL HOLDINGS LTD | A | Dividend | J | T | | | | | |
| 200. BAKER HUGHES INC. (X) | A | Dividend | | | Sold | 05/23/14 | J | A | |
| 201. BARCLAYS PLC | A | Dividend | J | T | | | | | |
| 202. BAYER AG SPONSORED ADR | A | Dividend | J | T | | | | | |
| 203. BED BATH & BEYOND (X) | | None | | | Sold | 03/21/14 | J | A | |
| 204. BHP BILLITON LTD SPONS | A | Dividend | | | Sold | 12/17/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. BIOGEN IDEC INC | | None | J | T | Buy (add'l) | 10/15/14 | J | | |
| 206. BIOGEN IDEC INC | | None | | | Sold (part) | 02/03/14 | J | B | |
| 207. BLACKROCK INC. | A | Dividend | J | T | | | | | |
| 208. BNP PARIBAS SP ADR REPSTG | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 209. BOEING CO. | A | Dividend | J | T | | | | | |
| 210. BP PLC ADS | A | Dividend | | | Buy | 02/28/14 | J | | |
| 211. BP PLC ADS | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 212. BRISTOL MYERS SQUIBB CO (X) | A | Dividend | J | T | Buy (add'l) | 07/02/14 | J | | |
| 213. BROADCOM CORP CL A | | None | J | T | Sold (part) | 06/30/14 | J | A | |
| 214. C&C GRP PLC SPONS ADR (Y) | | | | | | | | | |
| 215. CME GROUP INC CLASS A | A | Dividend | J | T | | | | | |
| 216. CNOOC LTD SPONS ADR | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 217. CVS CAREMARK CORP | A | Dividend | J | T | Sold (part) | 05/19/14 | J | A | |
| 218. CABLEVISION SYSTEMS CORP | A | Dividend | J | T | | | | | |
| 219. CAMERON INTERNATIONAL CORP | | None | | | Sold | 12/17/14 | J | A | |
| 220. CARNIVAL PLC ADR | A | Dividend | J | T | | | | | |
| 221. CARNIVAL CORP | | | | | | | | | SEE PART VIII #13 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. CARNIVAL CP NEW PAIRED COM | A | Dividend | J | T | | | | | |
| 223. CATERPILLAR INC | A | Dividend | | | Sold | 08/06/14 | J | A | |
| 224. CELGENE CORP | | None | J | T | Sold<br>(part) | 10/09/14 | J | A | |
| 225. CHEVRON CORP (Y) | | | | | | | | | |
| 226. CHARLES SCHWAB CORP | A | Dividend | J | T | Sold<br>(part) | 07/09/14 | J | A | |
| 227. CHECK POINT SOFTWARE TECH LTD<br>(X) | | None | | | Sold | 10/01/14 | J | A | |
| 228. CHUBB CORP. | A | Dividend | J | T | Sold<br>(part) | 04/01/14 | J | A | |
| 229. CISCO SYS INC | A | Dividend | J | T | | | | | |
| 230. CITIGROUP INC NEW | A | Dividend | J | T | | | | | |
| 231. CITRIX SYSTEMS INC | | None | J | T | | | | | |
| 232. COACH INC | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 233. COCA-COLA CO. | A | Dividend | J | T | | | | | |
| 234. COMCAST CORP CL A STOCK | A | Dividend | J | T | Sold<br>(part) | 07/09/14 | J | B | |
| 235. COVIDIEN LTD | A | Dividend | J | T | | | | | |
| 236. CREDIT SUISSE GROUP | A | Dividend | J | T | | | | | |
| 237. CREE INC. (Y) | | | | | | | | | |
| 238. DAIMLER AG | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. DEVON ENERGY CORP NEW | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 240. WALT DISNEY CO. | A | Dividend | J | T | Sold (part) | 07/09/14 | J | A | |
| 241. DIRECTV CL A | | None | J | T | Sold (part) | 05/09/14 | J | B | |
| 242. DOLBY LABORATORIES INC CLASS A | A | Dividend | J | T | | | | | |
| 243. DU PONT EL DE NEMOURS & CO | A | Dividend | J | T | | | | | |
| 244. EMC CORP-MASS | A | Dividend | J | T | | | | | |
| 245. EATON CORP | | None | J | T | Buy (add'l) | 10/01/14 | J | | |
| 246. EBAY INC. | | None | J | T | | | | | |
| 247. ENSCO PLC CLASS A | A | Dividend | | | Buy | 10/15/14 | J | | |
| 248. ENSCO PLC CLASS A | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 249. ERICSSON LM TEL CO CL B ADR NEW | A | Dividend | J | T | | | | | |
| 250. EXPRESS SCRIPTS HLDG CO COM | | None | | | Sold | 01/27/14 | J | A | |
| 251. EXXON MOBIL CORP | A | Dividend | J | T | | | | | |
| 252. FACEBOOK INC | | None | J | T | | | | | |
| 253. FIRST REPUBLIC BANK | A | Dividend | J | T | | | | | |
| 254. FLETCHER BLGD LTD | A | Dividend | J | T | | | | | |
| 255. FLUOR CORP NEW | A | Dividend | J | T | Sold (part) | 09/18/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. FMC TECHNOLOGIES INC | | None | | | Buy | 10/22/14 | J | | |
| 257. FMC TECHNOLOGIES INC | | None | | | Sold | 12/17/14 | J | A | |
| 258. FOREST LABORATORIES INC. | | None | | | Sold | 05/09/14 | J | A | |
| 259. FOREST STK 30122 (X) | | None | | | Sold | 07/01/14 | J | A | |
| 260. FRANKLIN RESOURCES | A | Dividend | J | T | | | | | |
| 261. FREEPORT & MCMORAN COPPER & GOLD CL B (Y) | | | | | | | | | |
| 262. GAZPROM O A O SPON ADR | A | Dividend | | | Buy | 06/26/14 | J | | |
| 263. GAZPROM O A O SPON ADR | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 264. GENERAL ELECTRIC CO | A | Dividend | J | T | Buy (add'l) | 02/05/14 | J | | |
| 265. GENERAL ELECTRIC CO | A | Dividend | | | Sold (part) | 12/17/14 | J | A | |
| 266. GLAXOSMITHKLINE PLC SP ADR | A | Dividend | J | T | | | | | |
| 267. GOLDMAN SACHS GRP INC | A | Dividend | J | T | | | | | |
| 268. GOOGLE INC CLASS A | | None | J | T | | | | | |
| 269. GOOGLE INC CLASS C (X) | | None | J | T | | | | | |
| 270. GREENHILL & CO INC (Y) | | | | | | | | | |
| 271. GTECH S P A SPONSORED ADR | A | Dividend | | | Sold | 08/18/14 | J | A | |
| 272. HSBC HOLDINGPLC SP ADR NEW | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. HALLIBURTON CO HOLDINGS CO | A | Dividend | J | T | Buy (add'l) | 12/22/14 | J | | |
| 274. HALLIBURTON CO HOLDINGS CO | A | Dividend | | | Sold (part) | 04/16/14 | J | A | |
| 275. HEIDELBERG CEMENT ADR | A | Dividend | J | T | | | | | |
| 276. HESS CORP | A | Dividend | J | T | Sold (part) | 07/15/14 | J | A | |
| 277. HITACHI 10 COM NEW ADR | A | Dividend | J | T | | | | | |
| 278. HOME DEPOT INC. | A | Dividend | J | T | Sold (part) | 11/18/14 | J | A | |
| 279. HONEYWELL INTL INC | A | Dividend | J | T | Sold (part) | 01/10/14 | J | A | |
| 280. HOYA CORP | A | Dividend | J | T | Sold (part) | 09/11/14 | J | A | |
| 281. INCITEC HOLDINGS PLC SPON ADR | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 282. INDRA SISTEMAS | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 283. ISIS PHARMACEUTICALS | | None | J | T | | | | | |
| 284. ITAU UNIBANCO BANCO HLGD | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 285. JP MORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 286. JTEKT CORP UNSPONSORED ADR | A | Dividend | | | Sold | 04/08/14 | J | A | |
| 287. JACOBS ENGINEERING GROUP (X) | | None | | | Sold | 11/24/14 | J | A | |
| 288. JOHNSON & JOHNSON | A | Dividend | J | T | Sold (part) | 10/09/14 | J | A | |
| 289. JONES LANG LASALLE INC. | A | Dividend | J | T | Sold (part) | 08/11/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. JOY GLOBAL INC | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 291. JUNIPER NETWORKS | A | Dividend | | | Sold | 10/23/14 | J | A | |
| 292. KLA-TENCOR CORP | A | Dividend | J | T | Sold (part) | 12/11/14 | J | A | |
| 293. KEYCORP - NEW | A | Dividend | J | T | | | | | |
| 294. L 3 COMMUNICATIONS HLDGS INC. | A | Dividend | J | T | | | | | |
| 295. LIBERTY INTERACTIVE CO INTER A | | None | J | T | | | | | |
| 296. LIBERTY MEDIA HLDG CORP CAP SER A (Y) | | | | | | | | | |
| 297. LIXIL GROUP CORP ADR | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 298. LLOYDS BANKING GROUP PLC (Y) | | | | | | | | | |
| 299. MARINE HARVEST ASA ADR | A | Dividend | J | T | | | | | |
| 300. MATTEL INC | A | Dividend | | | Sold | 09/15/14 | J | A | |
| 301. MERCK & CO INC. | A | Dividend | J | T | | | | | |
| 302. MICROSOFT | A | Dividend | J | T | | | | | |
| 303. MONSANTO CO | A | Dividend | J | T | | | | | |
| 304. MUENCHENER RUECK-UNSPONS ADR (X) | A | Dividend | | | Sold | 09/19/14 | J | A | |
| 305. NASDAQ OMX GROUP INC. | A | Dividend | J | T | | | | | |
| 306. NATIONAL OILWELL VARCO INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. NESTLE SPON ADR REP REG SHR | A | Dividend | | | Buy | 04/10/14 | J | | |
| 308. NESTLE SPON ADR REP REG SHR | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 309. NETAPP INC | A | Dividend | | | Sold | 07/01/14 | J | A | |
| 310. NIKE INC CL B | A | Dividend | J | T | | | | | |
| 311. NINTENDO CO LTD (X) | A | Dividend | | | Sold | 05/09/14 | J | A | |
| 312. NOVARTIS AG ADER | A | Dividend | J | T | | | | | |
| 313. NSK LTD | A | Dividend | J | T | | | | | |
| 314. NUCOR CORP | A | Dividend | J | T | | | | | |
| 315. OCCIDENTAL PETROLEUM CORP DE | A | Dividend | J | T | | | | | |
| 316. OTSUKA HOLDINGS CO LTD UNS ADR | A | Dividend | J | T | | | | | |
| 317. PALL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 318. PEABODY ENERGY CORP (X) | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 319. PEBBLEBROOK HOTEL TRUST | A | Dividend | J | T | Sold (part) | 10/24/14 | J | A | |
| 320. PENTAIR LTD | A | Dividend | J | T | | | | | |
| 321. PEPSICO INC | A | Dividend | | | Sold | 05/21/14 | J | A | |
| 322. POSCO ADS | | None | | | Buy | 09/18/14 | J | | |
| 323. POSCO ADS | | None | | | Sold | 12/17/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. PRECISION CASTPARTS CORP | | None | | | Buy | 09/08/14 | J | | |
| 325. PRECISION CASTPARTS CORP | | None | | | Sold | 12/17/14 | J | A | |
| 326. PUBLICIS GROUP | | None | | | Sold | 04/10/14 | J | A | |
| 327. QUALCOMM INC | A | Dividend | J | T | | | | | |
| 328. RAYTHEON CO | A | Dividend | J | T | | | | | |
| 329. RED HAT INC | | None | J | T | Buy (add'l) | 05/13/14 | J | | |
| 330. REGIONS FINANCIAL CORP | A | Dividend | J | T | | | | | |
| 331. REXAM PLC | | None | | | Sold | 02/28/14 | J | A | |
| 332. RIVERBED TECH INC (X) | | None | | | Sold | 03/19/14 | J | A | |
| 333. ROYAL KPN NV SPONS ADR | A | Dividend | | | Buy | 05/16/14 | J | | |
| 334. ROYAL KPN NV SPONS ADR | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 335. SAFEWAY INC NEW | A | Dividend | | | Sold | 08/27/14 | J | A | |
| 336. SAFRAN SA | A | Dividend | J | T | | | | | |
| 337. SANDISK CORP | A | Dividend | J | T | | | | | |
| 338. SANOFI SPONS ADR (Y) | | | | | | | | | |
| 339. SCHLUMBERGER LTD | A | Dividend | J | T | Buy (add'l) | 12/05/14 | J | | |
| 340. SCHLUMBERGER LTD | A | Dividend | | | Sold (part) | 05/15/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  SCHNEIDER ELECT SA (Y) | | | | | | | | | |
| 342.  SEAGATE TECHNOLOGY | A | Dividend | J | T | | | | | |
| 343.  SONY CORP ADR 1974 NEW | | None | J | T | Buy | 09/18/14 | J | | |
| 344.  STANLEY BLACK & DECKER INC (X) | A | Dividend | J | T | Buy (add'l) | 10/10/14 | J | | |
| 345.  STATE STREET CORP | A | Dividend | J | T | | | | | |
| 346.  SUMITOMO MITSUI FINL GROUP INC | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 347.  SYMANTEC CORP | A | Dividend | J | T | | | | | |
| 348.  SYNCHRONY FINANCIAL | | None | J | T | Buy | 08/07/14 | J | | |
| 349.  TARGET CORPORATION | A | Dividend | J | T | Buy | 09/23/14 | J | | |
| 350.  TECHTRONIC IND LTD SPONS ADR | | None | | | Sold | 05/19/14 | J | A | |
| 351.  TE CONNECTIVITY LTD-CHF | A | Dividend | J | T | | | | | |
| 352.  TELEPERFORMANCE SA UNSP ADR | A | Dividend | J | T | | | | | |
| 353.  TERADYNE INC | A | Dividend | J | T | | | | | |
| 354.  TEVA PHARMACEUTICAL INDS LTD | A | Dividend | J | T | Buy (add'l) | 05/08/14 | J | | |
| 355.  TEXAS INSTRUMENTS INC. | A | Dividend | J | T | | | | | |
| 356.  THE ADT CORPORATION COM | A | Dividend | J | T | | | | | |
| 357.  THERMO FISHER SCIENTIFIC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. TOWERS WATSON & CO CL A | A | Dividend | J | T | Buy | 09/24/14 | J | | |
| 359. TOTAL S A SPON ADR | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 360. TRAVELSKY TECH LTD SPONS ADR | A | Dividend | J | T | | | | | |
| 361. TYCO INTL LTD | A | Dividend | J | T | | | | | |
| 362. TWENTY-FIRST CENTURY FOX CL A | A | Dividend | J | T | Buy | 10/09/14 | J | | |
| 363. UBS AG | A | Dividend | J | T | | | | | |
| 364. US BANCORP | A | Dividend | J | T | Sold (part) | 10/14/14 | J | A | |
| 365. UNILEVER PLC SPONS ADR NEW | A | Dividend | J | T | | | | | |
| 366. UNILEVER NV NY SHS-NEW (Y) | | | | | | | | | |
| 367. UNITED PARCEL SERVICE | A | Dividend | J | T | | | | | |
| 368. UNITEDHEALTH GROUP INC. | A | Dividend | J | T | Sold (part) | 10/09/14 | J | A | |
| 369. VEECO INSTRUMENTS INC DEL | | None | J | T | | | | | |
| 370. VERIZON COMMUNICATIONS | | None | | | Buy | 02/21/14 | J | | |
| 371. VERIZON COMMUNICATIONS | | None | | | Sold | 03/04/14 | J | A | |
| 372. VERTEX PHARMACEUTICALS | | None | J | T | | | | | |
| 373. VISA INC COM | A | Dividend | J | T | | | | | |
| 374. VODAFONE COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 11/18/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. VODAFONE COMMON STOCK | A | Dividend | | | Sold (part) | 02/21/14 | J | A | |
| 376. W W GRAINGER INC | A | Dividend | J | T | Buy (add'l) | 10/16/14 | J | | |
| 377. WPP PLC ADR | A | Dividend | J | T | | | | | |
| 378. WEATHERFORD INTL LTD NEW (Y) | | | | | | | | | |
| 379. WEYERHAEUSER CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 380. XILINX INC (X) | A | Dividend | J | T | Buy (add'l) | 07/23/14 | J | | |
| 381. YAHOO INC | | None | J | T | Buy | 07/14/14 | J | | |
| 382. YUM BRANDS INC | A | Dividend | J | T | Buy (add'l) | 02/27/14 | J | | |
| 383. YUM BRANDS INC | A | Dividend | | | Sold (part) | 12/17/14 | J | A | |
| 384. ZOETIS INC CLASS A (X) | A | Dividend | J | T | Buy (add'l) | 02/25/14 | J | | |
| 385. ISHARES CORE US GROWTH EFT | A | Dividend | J | T | Buy | 12/17/14 | J | | |
| 386. ISHARES CORE US VALUE ETF | A | Dividend | J | T | Buy | 12/17/14 | J | | |
| 387. ISHARES RUSSELL 1000 GRW ETF | A | Dividend | J | T | Buy | 12/17/14 | J | | |
| 388. VANGUARD FTSE DEVELOPED MKTS E | A | Dividend | J | T | Buy | 12/17/14 | J | | |
| 389. DORMITORY AUTHORITY OF THE STATE OF NEW YORK (649902DK6) | A | Interest | | | Sold | 02/04/14 | K | A | |
| 390. TRIBOROUGH BRDG (8960298H1) | A | Interest | K | T | | | | | |
| 391. ERIE CNTY N Y WTR AUTH (295101PW3) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. NEW YORK ST URBAN DEV CORP (650035TW8) | A | Interest | K | T | | | | | |
| 393. ONONDAGA CNTY N Y TR CULTURAL RES REV (68276FAK6) | A | Interest | K | T | | | | | |
| 394. METROPOLITAN TRANSPORTATION AUTH (59259YRR2) | A | Interest | | | Sold | 03/06/14 | K | A | |
| 395. NEW YORK ST DORM AUTH 3RD GENL (64990HMG2) | A | Interest | K | T | | | | | |
| 396. EMPIRE ST NEW YORK DEV CORP (650035RE0) | A | Interest | J | T | | | | | |
| 397. NEW YORK ST DORM AUTH REVS ST SUPPORTED DEBT REV (64983M2M9) | A | Interest | K | T | | | | | |
| 398. NEW YORK & NEW JERSEY PORT AUTH SER-179 (73358WQH0) | A | Interest | K | T | | | | | |
| 399. NEW YORK CITY MUN WTR AU WTR & SWR (64972F5Y8) | A | Interest | K | T | | | | | |
| 400. ERIE CNTY NY FISCAL STABILITY AUTH (29508RGJ9) | A | Interest | K | T | | | | | |
| 401. NEW YORK N Y CITY TRANSITIONAL FIN AUTH REV-E (64971QP49) | A | Interest | K | T | | | | | |
| 402. METROPOLITAN TRANSPORTATION AUTHORITY REV-E (59259YN54) | A | Interest | K | T | | | | | |
| 403. NEW YORK N Y TRANSITIONAL FIN AUTH (64972HLB6) | A | Interest | K | T | Buy | 02/20/14 | K | | |
| 404. NEW YORK ST ENVIR FACS CORP CLEAN WTR (64986AN72) | A | Interest | J | T | Buy | 07/17/14 | J | | |
| 405. NEW YORK ST THRUWAY AUTH GEN REV JR (650010AD3) | A | Interest | K | T | Buy | 03/06/14 | K | | |
| 406. ACCOUNT # 5 | | | | | | | | | |
| 407. -SMITH BARNEY MONEY MARKET | A | Dividend | K | T | | | | | |
| 408. -MIAMI-DADE CNTY FLA SCH DIST RFDG FSA | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -ALLEGHENY CNTY PA HOSP DEV AUTH REV UNIV PITTSBURGH MED | | None | K | T | | | | | |
| 410. ACCOUNT # 5 | | | | | | | | | SEE PAT VIII #3 |
| 411. CITIBANK | A | Interest | M | T | | | | | |
| 412. DELAWARE LIFE | | None | M | T | | | | | |
| 413. IRA # 6 | | | | | | | | | SEE PART VIII # 4 |
| 414. MORGAN STANLEY BANK N.A. | A | Interest | J | T | Open | 09/01/14 | J | | |
| 415. AQR MANAGED FUTURES STATEGY 1 | | None | L | T | Buy | 09/18/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/01/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) ON MAY 16, 2014 FIEDLITY LARGE CAP STOCK REPLACED OPPENHEIMER STREET SELECT FUND.

2) I INADVERTENTLY FAILED TO REALIZE THAT THERE WERE ACTUALLY TWO COHEN & STEERS INTERNATIONAL REALTY FUND HOLDINGS, COHEN & STEERS INTL REALTY A AND COHEN 7 STEEERS INTL      REALTY C. THE LATTER WAS FIRST ACQUIRED ON APRIL 29, 2013.

3) I INADVERTENTLY FAILED TO INCLUDE THIS ACCOUNT IN MY 2013 DISCLOSURE STATEMENT. IT ESSENTIALLY IS A CASH ACCOUNT FUNDED BY DIRECT DEPOSIT OF MY STATE PENSION PAYMENTS AND      THE CASH VALUE OF A LIFE INSURANCE POLICY PURCHASED FROM SUN LIFE AND NOW HELD BY DELAWARE LIFE

4) THIS SECOND SEP IRA WAS FUNDED FROM THE REDEMPTION OF THE TACTICAL DIVERSIFIED FUTURES HOLDING AND THE ABINGDON FUTURES HOLDING ON SEPTEMBER 15, 2014 WITH REGARDS TO
   IRA # 5 AS INDICATED ABOVE.

5) THIS HOLDING WAS MISTAKENLY INCLUDED ON MY 2013 FINANCIAL DISCLOSURE AS A PARTIAL SALE, IT WAS ENTIRELY SOLD IN 2013.

6) THIS HOLDING WAS MISTAKENLY INCLUDED ON MY 2013 FINANCIAL DISCLOSURE AS A PARTIAL SALE, IT WAS ENTIRELY SOLD IN 2013.

7) THIS HOLDING WAS MISTAKENLY INCLUDED ON MY 2013 FINANCIAL DISCLOSURE AS A PARTIAL SALE, IT WAS ENTIRELY SOLD IN 2013.

8) THIS HOLDING WAS MISTAKENLY INCLUDED ON MY 2013 FINANCIAL DISCLOSURE AS A PARTIAL SALE, IT WAS ENTIRELY SOLD IN 2013.

9) THIS HOLDING WAS MISTAKENLY INCLUDED ON MY 2013 FINANCIAL DISCLOSURE AS A PARTIAL SALE, IT WAS ENTIRELY SOLD IN 2013.

10) THIS HOLDING WAS MISTAKENLY INCLUDED ON MY 2013 FINANCIAL DISCLOSURE AS A PARTIAL SALE, IT WAS ENTIRELY SOLD IN 2013.

11) THIS HOLDING WAS MISTAKENLY INCLUDED ON MY 2013 FINANCIAL DISCLOSURE AS A PARTIAL SALE, IT WAS ENTIRELY SOLD IN 2013.

12) I INADVERTENTLY FAILED TO REALIZE THAT AMC NETWORKS INC WAS DUPLICATED ON MY 2013 FINANCIAL DISCLOSURE.  SEE LINE 186 WHERE AMC NETWORKS INC CL A IS REPORTED.

13) I INADVERTENTLY FAILED TO REALIZE THAT CARNIVAL CORP WAS DUPLICATED ON MY 2013 FINANCIAL DISCLOSURE.  SEE LINE 220 WHERE CARNIVAL CP NEW PAIRED COM IS REPORTED.

14) ON MY 2013 DISCLOSURE, I INADVERTENTLY REPORTED THAT THIS HOLDING WAS PARTIALLY SOLD ON NOVEMBER 6, 2013. IN FACT, THERE WAS A TOTAL SALE ON THAT DATE.

# FINANCIAL DISCLOSURE REPORT

Page 30 of 30

Name of Person Reporting

SIRAGUSA, CHARLES J.

Date of Report

10/01/2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ CHARLES J. SIRAGUSA

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544